DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**ABDELAZIZ HAMZE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-1112

[November 19, 2014]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrew L. Siegel, Judge; L.T. Case No. 07010490CF10A.

Abdelaziz Hamze, Milton, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Matthew Steven Ocksrider, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant seeks review of an order that denied his rule 3.850 motion. The trial court ruled that it lacked jurisdiction to consider the motion in light of appellant's pending appeal of a prior rule 3.850 motion. We reverse and remand for the trial court to consider this court's opinions in *Marshall v. State*, 91 So. 3d 277 (Fla. 4th DCA 2012), *Jackman v. State*, 88 So. 3d 325 (Fla. 4th DCA 2012), and *Lubin v. State*, 87 So. 3d 1260 (Fla. 4th DCA 2012); *see also Sydoriak v. State*, 92 So. 3d 298 (Fla. 4th DCA 2012). As in those cases, we express no opinion on the merits of appellant's motion.

*Reversed and Remanded.*

WARNER, GROSS and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***